IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19cv1582 (LO/JFA) |
| ) | |
| JOHN DOES 1-2, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the court on plaintiff's motion for limited authority to conduct discovery necessary to identify and serve Doe defendants. (Docket no. 29). Having reviewed the motion and memorandum in support (Docket no. 30), the court finds that argument on this motion is not necessary and that it appropriate to allow a limited period of time for plaintiff to conduct discovery for the purpose of identifying the Doe defendants. Accordingly, it is hereby

ORDERED that plaintiff may serve discovery on Internet Service providers, domain name registrars, domain hosting companies and payment providers for those entities for the limited purpose of identifying the Doe defendants. Plaintiff shall have until May 15, 2020 to complete this discovery. The hearing scheduled for Friday, January 24, 2020 is cancelled.

Entered this 21st day of January, 2020.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia