# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, <br><br> Defendants. | Civil Action No: 1:19-cv-01582 (LO/JFA) |

## MICROSOFT'S NOTICE OF TELEPHONIC HEARING ON MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

PLEASE TAKE NOTICE that pursuant to this Court's October 14, 2020 Order, Dkt. No. 37, Plaintiff Microsoft Corporation ("Microsoft") respectfully requests that a telephonic hearing on its Motion for Default Judgment and Permanent Injunction be set for November 20, 2020 at 10:00 a.m.

Dated: October 15, 2020	Respectfully submitted,

	/s/ *Julia Milewski*
	Julia Milewski (VA Bar No. 82426)
	David O'Brien (VA Bar No. 14924)
	CROWELL & MORING LLP
	1001 Pennsylvania Avenue NW
	Washington DC 20004-2595
	Telephone: (202) 624-2500
	Fax:	(202) 628-5116
	jmilewski@crowell.com
	dobrien@crowell.com

	Gabriel M. Ramsey (*pro hac vice*)
	Kayvan Ghaffari (*pro hac vice*)
	CROWELL & MORING LLP
	3 Embarcadero Center, 26th Floor
	San Francisco, CA 94111
	Telephone: (415) 986-2800
	Fax:	(415) 986-2827
	gramsey@crowell.com
	kghaffari@crowell.com

	Richard Domingues Boscovich (*pro hac vice*)
	MICROSOFT CORPORATION
	One Microsoft Way
	Redmond, WA 98052-6399
	Telephone: (425) 704-0867
	Fax:	(425) 936-7329
	rbosco@microsoft.com

	*Attorney for Plaintiff Microsoft Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system.  Copies of the forgoing were also served on the defendants listed below by electronic mail:

**John Does 1-2**

tang_guanghui@hotmail.com
bitcoin024@hanmail.net
bitcoin025@hanmail.net
satoshiman0088@gmail.com
noreplygooqlesender@gmail.com
pigcoin2020@hotmail.com
rninchurl@daum.net
tiger199392@daum.net
infornail.noreply@gmail.com
jiahuzong@hotmail.com
wusongha03@gmail.com
23f30d8e5ab4439fb15be24a7de1ffb8.protect@whoisguard.com
okonoki_masao@yahoo.co.jp
hello-0978@daum.net

        */s/ Julia Milewski*
Julia Milewski (VA Bar No. 82426)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington DC 20004-2595
Telephone:  (202) 624-2500
Fax:            (202) 628-5116
jmilewski@crowell.com

*Attorney for Plaintiff Microsoft Corp.*