# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Microsoft Corporation )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>John Does 1-2 )<br>)<br>Defendant. ) | Civil Action No. 1:19-CV-1582 |

## **JUDGMENT**

Pursuant to the order of this Court entered on April 06, 2021 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Plaintiff, Microsoft Corporation, and against the Defendants John Does1-2.

FERNANDO GALINDO, CLERK OF COURT

By:_____/s/_____
    C. Hoy
    Deputy Clerk

Dated: 04/06/2021
Alexandria, Virginia