IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | ) ) ) |
| Plaintiff, | ) ) Civil Action No: 1-19-cv-01582 (LO/JFA) |
| v. | ) ) |
| JOHN DOES 1-2, CONTROLLING A COMPUTER NETWORK AND THEREBY INJURING PLAINTIFF AND ITS CUSTOMERS, | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING OF COURT MONITOR REPORT NO. 1

Pursuant to the Court's Order for Permanent Injunction dated October 15, 2021 at Dkt. No. 38, the undersigned hereby submits the Court Monitor's Report No. 1 as Exhibit 1.

Dated: January 10, 2022

Respectfully submitted,

/s/ David J. Ervin
David J. Ervin (VA Bar No. 34719)
Julia R. Milewski (VA Bar No. 82426)
CROWELL & MORING LLP
1001 Pennsylvania Avenue NW
Washington DC 20004-2595
Telephone:  (202) 624-2500
Fax:             (202) 628-5116
jmilewski@crowell.com
dobrien@crowell.com

Gabriel M. Ramsey (*pro hac vice*)
Kayvan Ghaffari (*pro hac vice*)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Telephone:  (415) 986-2800
Fax:             (415) 986-2827
gramsey@crowell.com
kghaffari@crowell.com

Richard Domingues Boscovich (*pro hac vice*)
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 704-0867
Fax:             (425) 936-7329
rbosco@microsoft.com

*Attorneys for Plaintiff Microsoft Corp.*